ACCEPTED
12-14-00196-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/10/2015 3:27:28 PM
CATHY LUSK
CLERK

**DWIGHT A. BRANNON**
**ATTORNEY AT LAW**
Hollie G. McClain Law Building
P. O. Box 670
Gilmer, Texas 75644

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/10/2015 3:27:28 PM
CATHY S. LUSK
Clerk

Mailing Address:
P.O. Box 670
Gilmer, Texas 75644

Telephone: (903) 843-2523
Fax: (903) 843-6014

July 10, 2015

<u>**CERTIFIED MAIL #7014-2120-0001-6753-7042**</u>
Nakeshia Morton, # 01950946
Lucile Plane State Jail
904 FM 686
Dayton, Texas 77535

RE:    The State of Texas vs. Nakeshia Morton; **Appeal Cause No. 12-14-00196-CR**; In the 12th Court of Appeals.

The State of Texas vs. Nakeshia Morton; **Cause No. 15,**473; In the 115th Judicial District Court of Upshur County, Texas.

Dear Ms. Morton:

Pursuant to Texas Rule of Appellate Procedure 48.4 please find enclosed a true copy of the Opinion and the Court's Judgement in Cause No. 12-14-00196-CR.   This Court of Appeals' opinion and letter indicate that your judgement in the 115th District Court has been affirmed and upheld.

**Rules 66 through 68.11 of the Texas Rules of Appellate Procedure give you the right to individually (pro se) file on your own behalf an appeal to the Court of Criminal Appeals of Texas which is called a "petition for discretionary review".** These rules of Appellate Procedure outline when, where and how you are to file the petition.   The petition for discretionary review to the Court of Criminal Appeals of Texas must be filed within thirty (30) days from the date of the opinion of the Court of Appeals. It must be filed with the Clerk of the Court of Criminal Appeals at the following address:

**Clerk of the Texas Court of Criminal Appeals**
**P.O. Box 12308**
**Austin, Texas 78711**

Please be advised that the granting of review by the Texas Court of Criminal Appeals is not a matter of right, but is at the Court's discretion. If you desire an attorney to represent you, then you must hire one.

A true and correct copy of this letter with the Appellate Court's opinion, judgment and notice letter are being delivered this day via e-filing to the Clerk of the Texas Court of Criminal Appeals and the Clerk of the Twelfth Court of Appeals in Tyler, Texas to verify this mailing.

Respectfully yours,

Dwight A. Brannon

DAB/amm
Enclosure

CC:    **VIA E-FILING**
       **Clerk of the Texas Court of Criminal Appeals**

CC:    **VIA E-FILING**
       **Texas Court of Appeals of Texas**
       **Twelfth Appellate District**



COPY



**TWELFTH COURT OF APPEALS**

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

July 8, 2015

Mr. Dwight A. Brannon
P. O. Box 670
Gilmer, TX 75644
* DELIVERED VIA E-MAIL *

Mr. Billy W. Byrd
District Attorney
405 N. Titus Street
Gilmer, TX 75644
* DELIVERED VIA E-MAIL *

RE: Case Number:  12-14-00196-CR
   Trial Court Case Number: 15,473

Style: Nakeshia Morton
   v.
   The State of Texas

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
  Katrina McClenny, Chief Deputy Clerk

CC: Hon. Mary L. Murphy (DELIVERED VIA E-MAIL)
   Judge Lauren L. Parish (DELIVERED VIA E-MAIL)
   Ms. Karen Bunn (DELIVERED VIA E-MAIL)



NO. 12-14-00196-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| | | |
|---|---|---|
| *NAKESHIA MORTON,*<br>*APPELLANT* | § | *APPEAL FROM THE 115TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *UPSHUR COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Nakeshia Morton appeals her conviction for securing execution of a document by deception. Appellant's counsel filed a brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

Appellant was charged by indictment with securing execution of a document by deception. She pleaded "guilty" and was placed on four years of deferred adjudication community supervision. Later, the State filed a motion to proceed with adjudication, alleging that Appellant had violated the terms of her community supervision. Appellant pleaded true to nine of the allegations. The trial court found these allegations to be true, adjudicated Appellant's guilt, and assessed her punishment at imprisonment for two years. This appeal followed.

## ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel filed a brief in compliance with *Anders v. California* and *Gainous v. State*. Appellant's counsel relates that he has diligently and thoroughly searched and reviewed the record in this case. Counsel further relates that he has researched the applicable law and

painstakingly searched for any arguable issue. In compliance with **High v. State**, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978), Appellant's brief presents a chronological summation of the procedural history of the case, and contains a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.[1] We have considered counsel's brief and conducted our own independent review of the record. *Id.* at 811. We have found no reversible error.

## Conclusion

As required by **Anders** and **Stafford v. State**, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991), Appellant's counsel has moved for leave to withdraw. *See also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits. Having done so, we agree with Appellant's counsel that the appeal is wholly frivolous. Accordingly, we grant counsel's motion for leave to withdraw and *affirm* the judgment of the trial court.

Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise her of her right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; *In re Schulman*, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, she must either retain an attorney to file a petition for discretionary review on her behalf or she must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of this court's judgment or the date the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See In re Schulman*, 252 S.W.3d at 408 n.22.

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

### (DO NOT PUBLISH)

---

[1] Counsel for Appellant has certified that he provided Appellant with a copy of this brief. Appellant was given time to file her own brief in this cause. The time for filing such a brief has expired, and we have not received a pro se brief.

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 8, 2015

NO. 12-14-00196-CR

**NAKESHIA MORTON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 115th District Court

of Upshur County, Texas (Tr.Ct.No. 15,473)

---

THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*